(October 20, 2015)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL ALVARADO, Appellant. [17 NYS3d 852]—Order, Supreme Court, Bronx County (Seth L. Marvin, J.), entered May 7, 2014, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). Defendant's lack of prior offenses and his completion of sex offender treatment were adequately accounted for by the risk assessment instrument, and none of the mitigating factors cited by defendant outweigh the seriousness of his crimes, which were committed against young teenagers. We have considered and rejected defendant's remaining claims. Concur—Gonzalez, P.J., Mazzarelli, Richter and Manzanet-Daniels, JJ.